**1**

**Charles ENDORF, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 8, 1925.)

No. 6824.

In Error to the District Court of the United States for the Southern District of Iowa.

B. T. O'Neil, of Davenport, Iowa, for plaintiff in error.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error.

---

**2**

**Joe ETLIA, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. February 2, 1926.)

No. 7167.

In Error to the District Court of the United States for the District of Nebraska.

Raymond T. Coffey, of Omaha, Neb., for plaintiff in error.

George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**3**

**Salvitore FERLITA, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. April 3, 1926.)

No. 4520.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

W. K. Zewadski, Jr., and Pat Whitaker, both of Tampa, Fla., and Edwin C. Hollins, of New Orleans, La. (Joseph Johnson, of Tampa, Fla., on the brief), for plaintiff in error.

W. M. Gober, U. S. Atty., of Tampa, Fla., Harry W. Reinstine, Asst. U. S. Atty., of Jacksonville, Fla., Maynard Ramsey, Asst. U. S. Atty., of Tampa, Fla., and N. J. Morrison, Sp. Asst. Atty. Gen. (Hugh C. Fisher, of Shreveport, La., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

**4**

**A. J. FINDEISEN, Appellant, v. W. I. BIDDLE, Warden, etc.**

(Circuit Court of Appeals, Eighth Circuit. March 11, 1926.)

No. 7255.

Appeal from the District Court of the United States for the District of Kansas.

W. W. Botts, of Mexico, Mo., for appellant.

Al F. Williams, U. S. Atty., of Topeko, Kan., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

---

**5**

**Maxwell C. FRANK, Plaintiff Appellant, v. WESTERN ELECTRIC COMPANY, Inc., Defendant Appellee.**

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 313.

Appeal from the District Court of the United States for the Southern District of New York.

Munn, Anderson & Munn, of New York City (T. Hart Anderson and Charles A. Morton, both of New York City, of counsel), for appellant.

Pennie, Davis, Marvin & Edmonds, of New York City (Dean S. Edmonds and Leslie B. Young, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Appeal dismissed, without prejudice, upon Stromberg, etc., Co. v. Arnson, 239 F. 891, 153 C. C. A. 19. No costs.